NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000810
06-FEB-2013
10:09 AM

NO. CAAP-12-0000810

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOHN FRANKS, Plaintiff-Appellee, v.
JANA P.S. FRANKS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 10-1-135K)

ORDER GRANTING DEFENDANT-APPELLANT'S
JANUARY 31, 2013 MOTION TO CLOSE CASE
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the "Motion to Close Case," filed on January 31, 2013, by Defendant-Appellant Jana P.S. Franks (Appellant), pro se, which this court will review as a motion to dismiss the appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted. The appeal in case number CAAP-12-0000810 is dismissed.

DATED: Honolulu, Hawai'i, February 6, 2013.

Chief Judge

Associate Judge

Associate Judge